Michael J. McCue, NV Bar No. 6055
Meng Zhong, NV Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tele: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Todd M. Malynn (admitted *pro hac*)
California Bar No. 181595
Arash Beral (admitted *pro hac*)
California Bar No. 245219
BLANK ROME LLP
2029 Century Park East, Suite 600
Los Angeles, CA  90067
Tele: (424) 239-3400
E-mail: todd.malynn@blankrome.com
E-mail: arash.beral@blankrome.com

*Attorneys for Plaintiff/Counterdefendant*
*A&A Global Imports, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| A&A GLOBAL IMPORTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; and CHARLES J. FOX, an individual,<br><br>    Defendants.<br><br>NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability Company,<br><br>    Counterclaimant,<br><br>vs.<br><br>A&A GLOBAL IMPORTS, INC., a California corporation,<br><br>    Counterdefendant. | Case No.: 2:22-cv-00576-RFB-DJA<br><br>**STIPULATION AND** ~~**PROPOSED**~~ **ORDER TO EXTEND TIME FOR PLAINTIFF TO RESPOND TO COUNTERCLAIMS**<br><br>**(FIRST REQUEST)** |

Plaintiff/Counterdefendant A&A Global Imports, Inc. ("Plaintiff") and

Defendants/Counterclaimant CBJ Distributing, LLC d/b/a Cannabiz Supply, North American Distributing, LLC d/b/a Cannabiz Supply, and Charles J. Fox (collectively, "Defendants") file this First Stipulation and Proposed Order to Extend the Deadline for Plaintiff to respond to Counterclaims in this case by 30 days. This is the first request to extend deadlines in this matter.

Plaintiff initiated this matter on April 6, 2022 (ECF No. 1). Defendants answered the Complaint on June 24, 2022, with Defendant North American Distributing, LLC d/b/a Cannabiz Supply additionally counterclaiming against Plaintiff (ECF No. 16). With this, the deadline to answer or respond to the Counterclaims is due on July 15, 2022.

Plaintiff requested a 30-day extension to answer or respond to the Counterclaims which would then be due on August 15, 2022[1].

**IT IS SO AGREED AND STIPULATED.**

DATED this 12th day of July, 2022.

MARQUIS AURBACH

By: /s/ *Harry L. Arnold*
Brian R. Hardy, Esq.
Harry L. Arnold, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
E-mail: bhardy@maclaw.com
E-mail: harnold@maclaw.com

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq., NV Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
E-mail: prsak@aya.yale.edu

*Attorneys for Defendants/Counterclaimants*

DATED this 12th day of July, 2022.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ *Meng Zhong*
Michael J. McCue
Meng Zhong
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

*Attorneys for Plaintiff/Counterdefendant*

IT IS ~~SO~~ ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE
DATED: July 14, 2022

---

[1] A 30-day extension would result in the closing on Sunday, August 14, 2021. Thus, the proposed amended due date is pushed to the following business day: Monday, August 15, 2022.