**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
harnold@maclaw.com

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
prsak@aya.yale.edu

Attorneys for Defendants/Counterclaimant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| A&A GLOBAL IMPORTS, INC., a California corporation,<br>   Plaintiff,<br>vs.<br>CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; and CHARLES J. FOX, an individual,<br>   Defendants.<br><br>NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability Company,<br>   Counterclaimant,<br>vs.<br>A&A GLOBAL IMPORTS, INC., a California corporation,<br>   Counterdefendant. | Case Number:<br>2:22-cv-00576-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR DEFENDANTS/COUNTERCLAIMANT TO RESPOND TO PLAINTIFF'S SPECIAL MOTION TO DISMISS PURSUANT TO NRS § 41.660 (ANTI-SLAPP) [ECF NO. 58]**<br><br>**(FIRST REQUEST)** |

MAC:10460-007 4891877_1

Plaintiff/Counterdefendant A&A Global Imports, Inc. ("Plaintiff") and Defendants/Counterclaimant CBJ Distributing, LLC d/b/a Cannabiz Supply, North American Distributing, LLC d/b/a Cannabiz Supply and Charles J. Fox (collectively, "Defendants") file this First Stipulation and Proposed Order ("Stipulation") to extend the deadline for Defendants to respond to Plaintiff's special motion to dismiss pursuant to NRS § 41.660 ("Motion") by 7 days. This is the first request to extend the deadline for opposing this Motion.

Plaintiff initiated this matter on April 6, 2022 (ECF No. 1). Defendants answered the Complaint on June 24, 2022, with Defendant North American Distributing, LLC d/b/a/ Cannabiz Supply ("North American") additionally counterclaiming against Plaintiff (ECF No. 16). On August 18, 2022 the parties stipulated that Plaintiff's statutory time in which to file a special motion to strike under NRS § 41.660 would be extended (a) either 60 days from the filing of amended counterclaims or (b) 14 days from the filing of Defendants' opposition to the motion to dismiss should no amended counterclaims be filed (ECF No. 21).

North American filed amended counterclaims on September 2, 2022 (ECF No. 34). Plaintiff filed its Motion on October 27, 2022 (ECF No. 58). Defendants requested a 7-day extension to respond to Plaintiff's Motion, in part to first resolve issues stemming from the Court's October 21, 2022 order (ECF No. 57).

//

//

//

//

//

MAC:10460-007 4891877_1

Plaintiff granted the request, extending Defendants' deadline to respond to the Motion to and including November 17, 2022.

**IT IS SO AGREED AND STIPULATED.**

DATED this 7th day of November, 2022.   DATED this 7th day of November, 2022.

Submitted by:   Approved as to content by:

MARQUIS AURBACH   LEWIS ROCA ROTHGERBER CHRISTIE LLP

By: /s/ *Harry L. Arnold*   By: /s/ *Meng Zhong*
Brian R. Hardy, Esq.   Michael J. McCue
Harry L. Arnold, Esq.   Meng Zhong
10001 Park Run Drive   3993 Howard Hughes Pkwy., Suite 600
Las Vegas, Nevada 89145   Las Vegas, NV 89169
Telephone: (702) 382-0711   Tele: 702-949-8200
E-mail: bhardy@maclaw.com   E-mail: mmccue@lewisroca.com
E-mail: harnold@maclaw.com   E-mail: mzhong@lewisroca.com

Law Offices of Philip A. Kantor PC   *Attorneys for Plaintiff/Counterdefendant*
Philip A. Kantor, Esq., NV Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
E-mail: prsak@aya.yale.edu

*Attorneys for Defendants/Counterclaimant*

**ORDER**

The Stipulation extending Defendants' time to respond to Plaintiff's Motion is hereby ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 8th day of November, 2022.

MAC:10460-007 4891877_1