Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tele: (702) 949-8224
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Todd M. Malynn (admitted *pro hac*)
California Bar No. 181595
Arash Beral (admitted *pro hac*)
California Bar No. 245219
BLANK ROME LLP
2029 Century Park East, Suite 600
Los Angeles, CA 90067
Tele: (424) 239-3400
E-mail: todd.malynn@blankrome.com
E-mail: arash.beral@blankrome.com

*Attorneys for Plaintiff/Counterdefendant
A&A Global Imports, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| A&A GLOBAL IMPORTS, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; and CHARLES J. FOX, an individual,<br><br>Defendants.<br><br>NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability Company,<br><br>Counterclaimant,<br><br>vs.<br><br>A&A GLOBAL IMPORTS, INC., a California corporation,<br><br>Counterdefendant. | Case No.: 2:22-cv-00576-RFB-DJA<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME FOR PLAINTIFF/COUNTERDEFENDANT TO REPLY IN SUPPORT OF SPECIAL MOTION TO DISMISS PURSUANT TO NRS § 41.660 (ANTI-SLAPP) [ECF NO. 58, 61]**<br><br>**(FIRST REQUEST)** |

119434357.1

Plaintiff/Counterdefendant A&A Global Imports, Inc. ("Plaintiff") and Defendants/Counterclaimant CBJ Distributing, LLC d/b/a Cannabiz Supply, North American Distributing, LLC d/b/a Cannabiz Supply and Charles J. Fox (collectively, "Defendants") file this First Stipulation and Proposed Order ("Stipulation") to extend the deadline for Plaintiff to reply in support of Plaintiff's special motion to dismiss pursuant to NRS § 41.600 ("Motion") and Defendants opposition to Plaintiff's special motion to dismiss ("Response") by 7 days to **November 30, 2022**. Plaintiff requested this extension to accommodate the holiday travel schedule of counsel during the week of Thanksgiving.

This is the first request to extend the deadline for filing the Reply.

IT IS SO AGREED AND STIPULATED.

Dated this 17th day of November, 2022.

MARQUIS AURBACH

By: /s/ Harry L. Arnold
Brian R. Hardy
Harry L. Arnold
10001 Park Run Drive
Las Vega,s NV 89145
Tele: 702-382-0711
bhardy@maclaw.com
harnold@maclaw.com

Philip A. Kantor
Law Offices of Philip A. Kantor PC
1781 Village Center Circle, Suite 120
Las Vegas, NV 89134
prsak@aya.yale.edu

*Attorneys for Defendants/Counterclaimants CBJ Distributing LLC d/b/a Cannabiz Supply; North American Distributing, LLC d/b/a Cannabiz Supply; and Charles J. Fox*

Dated this 17th day of November, 2022.

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: /s/ Meng Zhong
Michael J. McCue
Meng Zhong
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Todd M. Malynn (admitted *pro hac*)
Arash Beral (admitted *pro hac*)
BLANK ROME LLP
2029 Century Park East, Suite 600
Los Angeles, CA 90067
Telephone: (424) 239-3400
E-mail: todd.malynn@blankrome.com
E-mail: arash.beral@blankrome.com

*Attorneys for Plaintiff/Counterdefendant A&A Global Imports, Inc.*

**ORDER**

**IT IS HEREBY ORDERED.**

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 18th day of November, 2022.

2

119434357.1