UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| A&A Global Imports, Inc., | Case No. 2:22-cv-00576-RFB-DJA |
| Plaintiff, | |
| v. | **Order** |
| CBJ Distributing LLC d/b/a Cannabiz Supply; et al., | |
| Defendants. | |
| And related counterclaims. | |

On October 21, 2022, the Court denied without prejudice five motions to seal (ECF Nos. 28, 38, 44, 51, and 53), finding that the motions did not provide sufficient reasons to support sealing the documents at issue: ECF Nos. 28, 36,[1] 37, 42, 44, 51, and 53.  (ECF No. 57).  The Court gave the parties until November 21, 2022 to file a motion or stipulation to seal the documents, unseal them, or seal some and unseal others.  (*Id.*).  It provided that, if the parties did not file a motion or stipulation before that date, the Court would unseal the documents at issue.  (*Id.*).  The parties have missed that deadline.

Having reviewed the docket, the Court also notes that Plaintiff A&A Global Imports, Inc. filed ECF Nos. 47 and 49—exhibits to errata to its motion for preliminary injunction and response to motion for summary judgment—under seal without a corresponding motion to seal as required under LR IA 10-5(a).  However, in the notices of errata filed with those documents, Plaintiff references its prior motion to seal at ECF No. 38.  (ECF Nos. 46 and 48) (explaining that

---

[1] In its order denying the motion to seal, the Court addressed ECF No. 36—Plaintiff's response to Defendants' motion for summary judgment—but did not include the document number in its final order language.  *Compare* (ECF No. 57 at 1) *with* (*id.* at 5).  This was in error.  Nonetheless, the Court denied ECF No. 38 in its entirety, including its request to seal ECF No. 36.  (*Id.* at 1, 5). Thus, the Court orders ECF No. 36 to be unsealed.

the "unredacted brief is subject to a motion to seal. ECF No. 38."). Because the Court has denied ECF No. 38 without prejudice, given the parties an opportunity to reassert their motions to seal, and not received a response, the Court also orders the unsealing of ECF Nos. 47 and 49.

**IT IS THEREFORE ORDERED** that the Clerk of Court is kindly directed to unseal ECF Nos. 28, 36, 37, 42, 44, 47, 49, 51, and 53.

DATED: February 16, 2023

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE