**Marquis Aurbach**
Brian R. Hardy, Esq.
Nevada Bar No. 10068
Harry L. Arnold, Esq.
Nevada Bar No. 15866
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
bhardy@maclaw.com
harnold@maclaw.com

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq.
Nevada Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
prsak@aya.yale.edu

Attorneys for Defendants/Counterclaimant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| A&A GLOBAL IMPORTS, INC., a California corporation, <br><br> Plaintiff, <br><br> vs. <br><br> CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; and CHARLES J. FOX, an individual, <br><br> Defendants. | Case Number: 2:22-cv-00576-RFB-DJA <br><br><br> **STIPULATION AND PROPOSED ORDER TO DISMISS FIRST AND SECOND AMENDED COUNTERCLAIMS WITH PREJUDICE [ECF NO. 34]** |
| NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability Company, <br><br> Counterclaimant, <br><br> vs. <br><br> A&A GLOBAL IMPORTS, INC., a California corporation, <br><br> Counterdefendant. | |

MAC:10460-007 5053466_1

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

**STIPULATION AND PROPOSED ORDER TO DISMISS FIRST AND SECOND AMENDED COUNTERCLAIMS WITH PREJUDICE [ECF NO. 34]**

Plaintiff/Counterdefendant    A&A    Global    Imports,    Inc.    ("Plaintiff")    and Defendants/Counterclaimant CBJ Distributing, LLC d/b/a Cannabiz Supply, North American Distributing, LLC d/b/a Cannabiz Supply ("North American") and Charles J. Fox (collectively, "Defendants") file this Stipulation to Dismiss the First and Second Amended Counterclaims with Prejudice ("Stipulation").

North American's First and Second Amended Counterclaims (ECF No. 34) (the "Counterclaims") have been previously dismissed by this Court without prejudice. North American currently has leave to revive these counterclaims based on ongoing discovery. Notwithstanding, North American wishes to DISMISS the Counterclaims WITH PREJUDICE.

Both Plaintiff and Defendants have already served on each other written discovery addressing the Counterclaims, discovery which is currently pending and outstanding. The Parties agree that said written discovery is moot such that no response is required. For the avoidance of doubt, this mooted written discovery served on Defendants includes the following:

- Requests 23 and 24 of Plaintiff's First Set of Requests for Admission
- Requests 1 through 9 of Plaintiff's Second Set of Requests for Production of Documents
- Requests 9 through 14 of Plaintiff's First Set of Interrogatories.

Additionally, the mooted written discovery served on Plaintiff includes the following:

- Requests 1 and 2 of North American Distributing LLC's First Set of Requests for Production of Documents

//

//

MAC:10460-007 5053466_1

- Request 15 of CBJ Distributing LLC's First Set of Requests for Production of Documents

**IT IS SO AGREED AND STIPULATED.**

DATED 11th day of April, 2023.

Submitted by:

MARQUIS AURBACH

By: */s/ Harry L. Arnold*
Brian R. Hardy, Esq.
Harry L. Arnold, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
E-mail: bhardy@maclaw.com
E-mail: harnold@maclaw.com

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq., NV Bar No. 6701
1781 Village Center Circle, Suite 120
Las Vegas, Nevada 89134
E-mail: prsak@aya.yale.edu

*Attorneys for Defendants/Counterclaimant*

DATED this 11th day of April, 2023.

Approved as to content by:

LEWIS ROCA
ROTHGERBER CHRISTIE LLP

By: */s/ Meng Zhong*
Michael J. McCue
Meng Zhong
3993 Howard Hughes Pkwy., Suite 600
Las Vegas, NV 89169
Tele: 702-949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

*Attorneys for Plaintiff/Counterdefendant*

## **ORDER**

The Stipulation dismissing the first and second amended counterclaims with prejudice is hereby ORDERED.

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 12th day of April, 2023.

MARQUIS AURBACH
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:10460-007 5053466_1