# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| A&A Global Imports, Inc., | Case No. 2:22-cv-00576-RFB-DJA |
| Plaintiffs, | |
| v. | **Order** |
| CBJ Distributing LLC dba Cannabiz Supply; et al., | |
| Defendants. | |
| And related claims. | |

Before the Court is Plaintiff/Counter-defendant A&A Global Imports, Inc.'s motion to extend discovery deadlines. (ECF No. 89). A&A explains that the parties are engaging in settlement discussions and, should those fall through, A&A wishes to extend discovery by ninety days to accommodate any remaining discovery. (*Id.*). Defendants/Counterclaimants CBJ Distributing LLC dba Cannabiz Supply, North American Distributing, LLC dba Cannabiz Supply, and Charles J. Fox oppose the motion and argue A&A has not shown sufficient diligence to extend the discovery cutoff, but agree that the dispositive motion and joint pretrial order deadlines should be extended in the event settlement discussions fall through. (ECF No. 90). A&A replies that it has been diligent in discovery, but was cautious in conducting too much discovery while also pursuing settlement so as to avoid unnecessary expenditures on both sides. (ECF No. 91).

A&A has the better argument and has shown good cause to extend the discovery deadline along with the dispositive motions and joint pretrial order deadline. *See* Fed. R. Civ. P. 6(b); *see* LR 26-3. In the event settlement is unsuccessful, it is likely that the parties may need to conclude certain discovery efforts. And foreclosing that discovery at this stage and forcing the parties to move to reopen discovery in that event would be a waste of judicial resources. The Court thus

grants A&A's proposed extension.

**IT IS THEREFORE ORDERED** that A&A's motion to extend (ECF No. 89) is **granted.** The below deadlines shall govern discovery:

| | |
|---|---|
| Discovery cutoff: | July 1, 2024 |
| Dispositive motions: | August 1, 2024 |
| Pretrial order: | September 3, 2024[1] |

DATED: April 19, 2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

---

[1] Under Local Rule 26-1(b)(5), if dispositive motions are filed, the deadline for filing the joint pretrial order will be suspended until thirty days after decision on the dispositive motions or further court order. The Court also moves this deadline from A&A's proposed deadline of September 2, 2024 because that is the Labor Day holiday.