Michael J. McCue
Nevada Bar No. 6055
Meng Zhong
Nevada Bar No. 12145
LEWIS ROCA ROTHGERBER CHRISTIE LLP
3993 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tele: (702) 949-8200
E-mail: mmccue@lewisroca.com
E-mail: mzhong@lewisroca.com

Todd M. Malynn (admitted *pro hac*)
California Bar No. 181595
Arash Beral (admitted *pro hac*)
California Bar No. 245219
BLANK ROME LLP
2029 Century Park East, Suite 600
Los Angeles, CA 90067
Tele: (424) 239-3400
E-mail: todd.malynn@blankrome.com
E-mail: arash.beral@blankrome.com

*Attorneys for Plaintiff/Counterdefendant
A&A Global Imports, Inc.*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| A&A GLOBAL IMPORTS, INC., a California corporation,<br><br>    Plaintiff,<br><br>vs.<br><br>CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability company; and CHARLES J. FOX, an individual,<br><br>    Defendants.<br><br>NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, a Nevada limited liability Company,<br><br>    Counterclaimant,<br><br>vs.<br><br>A&A GLOBAL IMPORTS, INC., a California corporation,<br><br>    Counterdefendant. | Case No.: 2:22-cv-00576-RFB-DJA<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

126755116.1

1

IT IS HEREBY STIPULATED by and between Attorneys for Plaintiff/Counterdefendant A&A GLOBAL IMPORTS, INC. ("Plaintiff"), by and through its counsel of record, the law firms of Blank Rome LLP and Lewis Roca Rothgerber Christie LLP, and Defendants/Counterclaimant CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY, NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, and CHARLES J. FOX ("Defendants", collectively with Plaintiff, the "Parties"), under Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure, that the above-captioned action, including all claims and counterclaims, shall be dismissed with prejudice, with each party bearing their own attorney's fees and costs.

Dated this 22nd day of November, 2024

**MARQUIS AURBACH**

By: */s/ Harry L. Arnold*
Brian R. Hardy, NSB: 10068
Harry L. Arnold, NSB: 15866
10001 Park Run Drive
Las Vegas, Nevada 89145

Law Offices of Philip A. Kantor PC
Philip A. Kantor, Esq., NSB: 6701
1781 Village Center Circle, Ste. 120
Las Vegas, Nevada 89134

Attorney(s) for Defendants/Counterclaimants CBJ DISTRIBUTING LLC d/b/a CANNABIZ SUPPLY, NORTH AMERICAN DISTRIBUTING, LLC d/b/a CANNABIZ SUPPLY, and CHARLES J. FOX

Dated this 22nd day of November, 2024

**LEWIS ROCA**
**ROTHGERBER CHRISTIE LLP**

By: */s/ Meng Zhong*
Michael J. McCue, NSB: 6055
Meng Zhong, NSB: 12145
3993 Howard Hughes Pkwy Ste 600
Las Vegas, NV 89169

Blank Rome LLP
Todd M. Malynn (admitted *pro hac*)
Arash Beral (admitted *pro hac*)
2029 Century Park Easte, Ste. 600
Los Angeles, CA 90067

Attorney(s) for Plaintiff/Counterdefendant A&A GLOBAL IMPORTS, INC.

## **ORDER**

**IT IS SO ORDERED**. This matter is DISMISSED WITH PREJUDICE and the Clerk is directed to close the case.



RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

**DATED:** November 25, 2024